IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHER BAHROM UGLE MUSURMONKULOV | : | CIVIL ACTION |
| v. | : | |
| MARKWAYNE MULLIN, et al. | : | NO. 26-6181 |

ORDER

AND NOW, this 24th day of August 2026, it is hereby ORDERED that petitioner Alisher Bahrom Ugli Musurmonkulov shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
J.