IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHER BAHROM UGLE MUSURMONKULOV | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-6181 |
| MARKWAYNE MULLIN, et al. | : | |

ORDER

AND NOW, this 27th day of August 2026, it is hereby ORDERED that:

(1) the respondents shall show cause, on or before Tuesday, September 1, 2026, why the writ of habeas corpus should not be granted;

(2) petitioner shall file any reply on or before Friday, September 4, 2026; and

(3) an evidentiary hearing will be held on Monday, September 14, 2026 at 9:30 a.m. in Courtroom 16A, United States Courthouse, 601 Market Steet, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Harvey Bartle III
J.