IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHER BAHROM UGLE MUSURMONKULOV | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-6181 |
| MARKWAYNE MULLIN, et al. | : | |

ORDER

AND NOW, this 3rd day of September 2026, based on the undisputed facts and for the reasons stated in Buele Morocho v. Warden Phila. Fed. Det. Ctr., No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026),[1] it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by Alisher Bahrom Ugli Musurmonkulov is GRANTED;

(2) Alisher Bahrom Ugli Musurmonkulov is not subject to mandatory detention and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3) The Government shall RELEASE Alisher Bahrom Ugli Musurmonkulov from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on September 4, 2026;

---

1 Respondents acknowledge that this decision controls the facts of this case.

(4) Upon his release, the Government is required to return any personal property of Alisher Bahrom Ugli Musurmonkulov, including his identification documents, and any other belonging that he had on his possession when detained;

(5) The Government is temporarily enjoined from re-detaining Alisher Bahrom Ugli Musurmonkulov for seven days following his release from custody;

(6) If the Government chooses to pursue re-detention of Alisher Bahrom Ugli Musurmonkulov after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(7) Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Alisher Bahrom Ugli Musurmonkulov from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Alisher Bahrom Ugli Musurmonkulov is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Alisher Bahrom Ugli Musurmonkulov if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court

will then determine whether to grant the request and to permit his transfer; and

(8) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
J.